## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fiallos v. Aviles-Ramos  Docket No.: 25-2862

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Rebecca Visgaitis

Firm: New York City Law Department

Address: 100 Church Street

Telephone: (212) 356-0858   Fax:

E-mail: rvisgait@law.nyc.gov

Appearance for: Melissa Aviles-Ramos and NYC Dep't of Education/Defendant-Appellees
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Muriel Goode-Trufant, NYC Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Rebecca L. Visgaitis

Type or Print Name: Rebecca L. Visgaitis