## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fiallos v. Aviles-Ramos             Docket No.: 25-2862

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Alex Fumelli

Firm: New York City Law Department

Address: 100 Church Street

Telephone: 212-356-2516        Fax:

E-mail: afumelli@law.nyc.gov

Appearance for: appellees Aviles-Ramos and New York City Department of Education
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Rebecca Visgaitis, New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Alex Fumelli

Type or Print Name: Alex Fumelli