S.D.N.Y. – N.Y.C.
25-cv-7281
Furman, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-six.

Present:
Richard J. Sullivan,
Michael H. Park,
Alison J. Nathan,
*Circuit Judges*.

Alexandra Fiallos, Individually and as parent and natural guardian of L.V.,

*Plaintiff-Appellant*,

Rosa Zayas, Individually and as parent and natural guardian of R. Z., et al.,

*Plaintiffs,*

v. 25-2862

Melissa Aviles-Ramos, in her official capacity as Chancellor of the New York City Department of Education, et al.,

*Defendants-Appellees*.

Appellant moves to stay the district court's sanctions proceeding pending appeal. Appellees move to dismiss the appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that the motion to dismiss is GRANTED and the appeal is DISMISSED. Appellant lacks standing to appeal her voluntary dismissal of the action. *See Tachiona v. United States*, 386 F.3d 205, 211 (2d Cir. 2004). In all other respects, the orders appealed by Appellant are not final within the meaning of 28 U.S.C. § 1291, *see Amara v. Cigna Corp.*, 53 F.4th 241, 250–51 (2d Cir. 2022); *Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008), and there is no other basis for

immediate appeal, *see United States v. Culbertson*, 598 F.3d 40, 45–46 (2d Cir. 2010); *see also SEC v. Smith*, 710 F.3d 87, 95 (2d Cir. 2013); *Stans v. Gagliardi*, 485 F.2d 1290, 1292 (2d Cir. 1973). It is further ORDERED that the motion for a stay is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk